954

No. 02–1591. NEBRASKA TELECOMMUNICATIONS ASSN. ET AL. *v.* CITY OF LINCOLN, NEBRASKA, DBA LINCOLN ELECTRIC SYSTEM. Sup. Ct. Neb. Motion of Independent Telephone and Telecommunications Alliance et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 01–10784. MORRISON *v.* UNITED STATES, 537 U. S. 863;

No. 02–1138. STEPHENS *v.* UNION CARBIDE CORP. ET AL., 538 U. S. 961;

No. 02–1208. MEADE *v.* DECISIONS OF THE ORPHANS' COURT FOR ANNE ARUNDEL COUNTY, MARYLAND, ET AL. (three judgments), 538 U. S. 998;

No. 02–1266. MCDONALD *v.* TENNESSEE, 538 U. S. 1025;

No. 02–1274. MIDDLESTEAD *v.* TAYLOR, CIRCUIT JUDGE, DADE COUNTY, FLORIDA, ET AL., 538 U. S. 1013;

No. 02–1412. BIRD *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL., 538 U. S. 1014;

No. 02–7612. BROOKS *v.* WALLS, WARDEN, 538 U. S. 1001;

No. 02–8659. SMITH *v.* ILLINOIS DEPARTMENT OF CORRECTIONS ET AL., 538 U. S. 948;

No. 02–9044. HALL *v.* LENDIS, 538 U. S. 984;

No. 02–9108. CROWELL *v.* MISSISSIPPI ET AL., 538 U. S. 986;

No. 02–9221. PALMER *v.* DEPARTMENT OF JUSTICE ET AL., 538 U. S. 987;

No. 02–9244. IN RE SACCO, 538 U. S. 998;

No. 02–9285. VERA *v.* OGDEN CITY, UTAH, 538 U. S. 1014;

No. 02–9291. BOLTZ *v.* UNITED STATES, 538 U. S. 968;

No. 02–9335. NEWLAND *v.* TURPIN, WARDEN, 538 U. S. 1015;

No. 02–9363. STROUPE *v.* TANDY CORP. ET AL., 538 U. S. 1004;

No. 02–9364. BROWN *v.* FLORIDA, 538 U. S. 1004;

No. 02–9678. ADAMS *v.* TEXAS, 538 U. S. 1020;

No. 02–9782. BOONE *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT, 538 U. S. 1022; and

No. 02–9916. IN RE PEDRAZA, 538 U. S. 997. Petitions for rehearing denied.